Argued and submitted January 25, reversed and remanded with instructions to dismiss petition for habeas corpus February 27, reconsideration denied May 8, petition for review pending 1991

## WILLIAM H. BICKFORD,
*Appellant,*

*v.*

## George BACHIK,
*Respondent.*

(89-C-11354; CA A65396)

805 P2d 754

W. Brad Coleman, Salem, argued the cause for appellant. With him on the brief was W. Brad Coleman & Associates, P.C., Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Vera Langer, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

Reversed and remanded with instructions to dismiss petition for habeas corpus. *Mueller v. Benning,* 103 Or App 649, 798 P2d 267 (1990), *rev allowed* 311 Or 87 (1991).